

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Krisstopher Alan Rubio,

Vs. No. 11-23-00158-CR

The State of Texas,

* From the 70th District Court
  of Ector County,
  Trial Court No. A-20-0996-CR.

* April 4, 2024

* Memorandum Opinion by Williams, J.
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed.   Therefore, in accordance with this court's opinion, the appeal is dismissed.